# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

January 21, 2010

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re: MDL No. 2092 -- IN RE: Chantix (Varenicline) Products Liability Litigation

(See Attached CTO-4)

Dear Ms. Harris:

   Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 6, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel, judges and clerks are attached.

                                        Very truly,

                                        Jeffery N. Lüthi
                                        Clerk of the Panel

                                        By  /s/ Denise Morgan-Stone
                                              Denise Morgan-Stone
                                              Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Inge P. Johnson

JPML Form 36A

IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION                                                              MDL No. 2092

## PANEL SERVICE LIST (CTO-4)

Patrick D. Angel
BRAYTON PURCELL LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201

Thomas S. Babel
WARD & SMITH PA
University Corporate Center
127 Racine Drive
Wilmington, NC 28403

Philip Bohrer
BOHRER LAW FIRM LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Ann E. Brown-Graff
BRADY & O'SHEA PC
2735 First Ave., S.E., Suite 205
Cedar Rapids, IA 52402

Carrie R. Capouellez
LOPEZ MCHUGH LLP
1123 Admiral Peary Way
Quarters K
Philadelphia, PA 19112

John J. Carey
CAREY & DANIS LLC
8235 Forsyth Boulevard, Suite 1100
Clayton, MO 63105

Elizabeth Ellis Chambers
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 32505

Christian C. Creed
CREED & CREED
P.O. Box 2065
Monroe, LA 71207

Martin D. Crump
DAVIS & FEDER
P.O. Drawer 6829
Gulfport, MS 39506

David A. Dudley
BAYLOR EVNEN LAW FIRM
1248 O Street, Suite 600
Wells Fargo Center
Lincoln, NE 68508

James C. Ferrell
R G TAYLOR II PC & ASSOCIATES
One Allen Center
500 Dallas, 3400 Penthouse
Houston, TX 77002

Andrew G. Finkelstein
FINKELSTEIN & PARTNERS LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

Albert E. Hartmann
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Sheila P. Hiestand
BUBALO HIESTAND & ROTMAN
9300 Shelbyville Road, Suite 415
Louisville, KY 40222

John E. Joiner
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005

Christopher A. Keith
WETTERMARK HOLLAND & KEITH LLC
2101 Highland Avenue South, Suite 750
Birmingham, AL 35205

**MDL No. 2092 - Panel Service List (CTO-4) (Continued)**

Christopher T. Lee
P.O. Box 3525
Lafayette, LA 70502-3525

Christiaan A. Marcum
RICHARDSON PATRICK WESTBROOK
& BRICKMAN
1037 Chuck Dawley Blvd., Building A
Mt. Pleasant, SC 29464

David Miceli
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
707 Berkshire Boulevard
East Alton, IL 62024

Leslie W. O'Leary
WILLIAMS LOVE O'LEARY & POWERS
9755 S.W. Barnes Rd., Suite 450
Portland, OR 97225-6681

Kathy Jan Owen
DLA PIPER US LLP
1717 Main Street, Suite 4600
Dallas, TX 75201-4605

Nancy J. Penner
SHUTTLEWORTH & INGERSOLL PC
500 Firstar Bank Building
115 Third Street, S.E.
P.O. Box 2107
Cedar Rapids, IA 52406

Anna M. Petosky
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

B. Kristian W. Rasmussen, III
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Shane A. Romines
COPELAND & ROMINES LAW OFFICE PLLC
P.O. Drawer 1580
Corbin, KY 40702-1580

Michael Sandmire
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-2785

Angela R. Shute
KELLEY SCRITSMIER LAW FIRM
P.O. Box 1669
North Platte, NE 69103-1669

Tara D. Sutton
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Linda Turley
TURLEY LAW FIRM
6440 North Central Expressway
1000 Turley Law Center
Dallas, TX 75206

Nicholas James Voelker
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202

Raymond M. Williams
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

**IN RE: CHANTIX (VARENICLINE) PRODUCTS**
**LIABILITY LITIGATION**  MDL No. 2092

## INVOLVED JUDGES LIST (CTO-4)

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Terrence W. Boyle
U.S. District Judge
P.O. Box 306
Elizabeth City, NC 27907

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. Anna J. Brown
U.S. District Judge
1427 Mark O. Hatfield United States Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Edward J. McManus
Senior U.S. District Judge
425 Second Street, SE
8th Floor
Cedar Rapids, IA 52401

Hon. Michael M. Mihm
Senior U.S. District Judge
204 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Building & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Michael W. Mosman
U.S. District Judge
United States District Court
1427 Mark O. Hatfield
1000 Southwest Third Avenue
Portland, OR 97204-2902

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jorge A. Solis
U.S. District Judge
Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street, Room 1654
Dallas, TX 75242-1003

IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION                                                                                          MDL No. 2092

## INVOLVED CLERKS LIST (CTO-4)

Robert L. Phelps, Clerk
101 First Street SE
Cedar Rapids, IA 52401

Pam Robinson, Clerk
40 U.S. Post Office Building
211 19th Street
Rock Island, IL 61201

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Denise Lucks, Clerk
U.S. District Court
Denney Federal Building & U.S. Courthouse
100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Sheryl S. McConnell, Clerk
740 Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310