IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION

MDL No. 2092

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**IOWA NORTHERN**
IAN   1   09-164              Sarah Hartwig v. Pfizer Inc.                CV-10-J-0118-S

**ILLINOIS CENTRAL**
ILC   4   09-4080             Cecil Cole, III v. Pfizer Inc.              CV-10-J-0119-S

**LOUISIANA MIDDLE**
LAM   3   09-1007             John L. Dolly v. Pfizer Inc.                CV-10-J-0120-S

**MINNESOTA**
MN    0   09-3229             Sheri Jones v. Pfizer Inc.                  CV-10-J-0121-S
MN    0   09-3230             Mary Martin v. Pfizer Inc.                  CV-10-J-0122-S

**MISSISSIPPI NORTHERN**
MSN   3   09-124              Terri W. Flaherty v. Pfizer Inc.            CV-10-J-0123-S

**NORTH CAROLINA EASTERN**
NCE   7   09-188              Michell E. Rowlands, etc. v. Pfizer Inc.    CV-10-J-0124-S

**NEBRASKA**
NE    4   09-3247             Gloria G. Brennan, etc. v. Pfizer Inc.      CV-10-J-0125-S

**NEW YORK SOUTHERN**
NYS   1   09-9327             David L. McInvale, et al. v. Pfizer Inc.    CV-10-J-0126-S

**OREGON**
OR    3   09-1310             Donald R. Martin v. Pfizer Inc.             CV-10-J-0127-S
OR    3   09-1395             Tracy Jones v. Pfizer Inc.                  CV-10-J-0128-S

**PENNSYLVANIA EASTERN**
PAE   2   09-5033             Raymond E. Hallman, etc. v. Pfizer Inc.     CV-10-J-0130-S

**TEXAS NORTHERN**
TXN   3   09-2266             Patti Tripathi v. Pfizer Inc.               CV-10-J-0131-S