# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>David G. Trager<br>United States District Court<br>Eastern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002<br><br>Telephone:  [202] 502-2800<br>Fax:           [202] 502-2888<br>http://www.jpml.uscourts.gov |

February 16, 2010

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Re:  MDL No. 2092 -- IN RE: Chantix (Varenicline) Products Liability Litigation

(See Attached CTO-5)

Dear Ms. Harris:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 28, 2010.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A Panel Service List is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Operations Supervisor

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:          Judge Inge P. Johnson

JPML Form 36A

IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION                                                MDL No. 2092

## PANEL SERVICE LIST (CTO-5)

Ian Connor Bifferato
BIFFERATO LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

Philip Bohrer
BOHRER LAW FIRM LLC
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809

John J. Carey
CAREY & DANIS LLC
8235 Forsyth Boulevard
Suite 1100
Clayton, MO 63105

Elizabeth Ellis Chambers
CORY WATSON CROWDER
   & DEGARIS PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 32505

Christian C. Creed
CREED & CREED
P.O. Box 2065
Monroe, LA 71207

Sheila P. Hiestand
BUBALO HIESTAND & ROTMAN
9300 Shelbyville Road
Suite 415
Louisville, KY 40222

John E. Joiner
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005

Christopher A. Keith
WETTERMARK HOLLAND
   & KEITH LLC
2101 Highland Avenue South
Suite 750
Birmingham, AL 35205

Christiaan A. Marcum
RICHARDSON PATRICK WESTBROOK
   & BRICKMAN
1037 Chuck Dawley Blvd.
Building A
Mt. Pleasant, SC 29464

B. Kristian W. Rasmussen, III
CORY WATSON CROWDER
   & DEGARIS
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Matthew Joseph Rifino
MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street
8th Floor
Wilmington, DE 19801

Shane A. Romines
COPELAND & ROMINES
LAW OFFICE PLLC
P.O. Drawer 1580
Corbin, KY 40702-1580

Tara D. Sutton
ROBINS KAPLAN MILLER
   & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015