FILED
2010 Feb-17  PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**IN RE: CHANTIX (VARENICLINE) PRODUCTS
LIABILITY LITIGATION**

CV 09-J-2309-S

**NOTICE SCHEDULING TELEPHONE CONFERENCE**

PLEASE TAKE NOTICE that the above entitled case is set for TELEPHONE CONFERENCE   on  TUESDAY, FEBRUARY 23, 2010  AT 1:00 PM. .  Parties who are not going to be present  are to call 205-278-2186 (ACCESS #3893) ast 12:45 PM (15 minutes before conference is to start)..

Tammi McFall
Deputy Clerk
(205)278-1736