FILED
 2010 Feb-17  PM 01:59
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERNDIVISION**

**IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION**

CV 09-J- 2039-S

AMENDED

**NOTICE SCHEDULING STATUS CONFERENCE**

      PLEASE TAKE NOTICE that the above entitled case is set for STATUS CONFERENCE   on   TUESDAY, FEBRUARY 23, 2010  AT 1:00 PM. . Parties not attending may monitor the status conference by telephone by calling 205-278-2186 (ACCESS #3893) at 12:45 PM (15 minutes before the conference is to start).. . .

      Tammi McFall
      Deputy Clerk
      (205)278-1736