# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**IN RE:  CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION**

Master File No.: 2:09-CV-2039-IPJ
MDL No. 2092

This Order Relates To:

ALL CASES

**ORDER SETTING STATUS CONFERENCES**

By agreement of counsel present this date in court in person and by and through conference call, and in accordance with the Initial Case Management Order previously entered (Pretrial Order No. 2), status conferences shall be held in this matter on the last Tuesday of each month, at 10:00 a.m., unless otherwise specified.  As further agreed to by counsel present, the next three status conferences shall be Tuesday, March 23, 2010, at 10:00 a.m.; Tuesday, April 27, 2010, at 10:00 a.m., and Wednesday, June 2, 2010, at 10:00 a.m.

It is further **ORDERED** by the court that the parties shall submit a proposed joint order for document production protocol on or before March 22, 2010.

**DONE** and **ORDERED** this 23rd day of February, 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE