FILED
2010 Feb-23 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | Master File No: 2:09-CV-2039-IPJ<br>MDL No. 2092 |

This Document Relates To:

    ALL CASES

## MOTION TO WITHDRAW THE NOTICES OF APPEARANCE OF PLAINTIFFS' LIAISON COUNSEL

Come now Russell Jackson Drake, Elizabeth Ashley Cranford, and Sara C. Hacker, of the law firm of Whatley Drake & Kallas, L.L.C., and move to withdraw the Notices of Appearances filed in this action on February 22, 2010.

                            Submitted by,

                            *s/Russell Jackson Drake*
                            Russell Jackson Drake
                            Joe R. Whatley, Jr.
                            Elizabeth Ashley Cranford
                            Sara C. Hacker
                            WHATLEY DRAKE & KALLAS, LLC
                            2001 Park Place North, Suite 1000
                            Birmingham, Alabama 35203
                            Phone: (205) 328-9576
                            Fax: (205) 328-9669
                            Email: jdrake@wdklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2010, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

s/Russell Jackson Drake
Russell Jackson Drake