FILED
2012 Jun-11 AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | Master File No.: 2:09-CV-2039-IPJ<br><br>MDL No. 2092 |
| This Document Relates To:<br><br>ALL CASES | **Plaintiff's Motion for Leave to File Documents Under Seal** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

On June 15, 2012, pursuant to Pretrial Order No. 4D (doc. 391) and the Court's Order (doc. 595), Plaintiffs intend to file responses to Defendant's *Daubert* and summary judgment motions. Plaintiffs' responses contain direct quotations from documents that Pfizer has designated as confidential pursuant to the protective order in these proceedings. *See* Pretrial Order No. 3. Additionally, the motions will be supported by exhibits which have also been designated as confidential pursuant to the protective order in these proceedings. *See id.* To maintain the confidentiality of those documents, Plaintiffs hereby move the Court to allow them to file the responses and all exhibits under seal.

Respectfully submitted this the 11th day of June, 2012.

                             _/s/ Ernest Cory_____
                             Ernest Cory
                             Cory, Watson, Crowder & DeGaris
                             *Plaintiffs' Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

                                         _s/ Ernest Cory_____
                                         Of Counsel