# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | Master File No. 2:09-CV-2039-IPJ<br>MDL No. 2092 |
| This Document Relates To:<br><br>ALL CASES | Defendant Pfizer Inc.'s Motion for Leave to File Documents under Seal |

## DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

On June 29, 2012, pursuant to Pretrial Order No. 4D (doc. 391) and the Court's Order (doc. 595), Defendant Pfizer Inc. ("Pfizer") intends to file a Reply in support of its Motion for Summary Judgment and Replies in support of its motions to exclude certain opinions offered by Plaintiffs' experts. In support of its Reply briefs, Pfizer anticipates filing a number of exhibits designated as confidential pursuant to the protective order in these proceedings. *See* Pretrial Order No. 3. To maintain the confidentiality of those documents, Pfizer hereby moves the Court to allow Pfizer to file its Reply briefs and/or exhibits accompanying its Reply briefs under seal.

2

Pfizer respectfully requests that the Court grant this Motion and enter an Order allowing the above-described documents to be filed under seal.

Dated:  June 28, 2012                                    Respectfully submitted,


  /s/  Andrew B. Johnson
Andrew B. Johnson
Attorney for Pfizer Inc and
Defendant's Liaison Counsel


OF COUNSEL
F.M. ("Tripp") Haston, III
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35206
Phone:  (205) 521-8303
Email:  thaston@babc.com

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Phone:  (202) 434-5000
Email:  jpetrosinelli@wc.com

Loren H. Brown
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
Phone:  (212) 835-6000
Email:  loren.brown@dlapiper.com

*Lead Counsel for Defendant*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

                                                s/ Andrew B. Johnson
                                                   Andrew B. Johnson
                                                   Attorney for Pfizer Inc. and
                                                   Defendant's Liaison Counsel