# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION (MDL-2092)** | **Master File No.: 2:09-CV-2039-IPJ** |
| **This Document Relates To:** **ALL CASES** | **PLAINTIFF'S MOTION TO APPOINT CLAUDE H. ESTES, IV** |

Pursuant to PTO 7, Section II.A., this Court is to appoint a qualified certified public accountant ("CPA") and direct the CPA to create two interest-bearing accounts to receive and disperse funds as set forth in PTO 7. Currently at least one case has resolved, *Judy Ann Whitely, as trustee for the next-of-kin of Mark Alan Whitely v. Pfizer, Inc.* Under the conditions described in PTO 7, funds associated with the resolution of MDL cases may be subject to the Common Benefit Fee and Expense assessment set forth in PTO 7.

Plaintiffs, by and through undersigned Plaintiffs' Lead Counsel, respectfully move this Court to appoint Claude H. Estes, IV founder and owner of Claude H. Estes + Company, P.C. to serve as the CPA for MDL 2092. Mr. Estes has been a practicing CPA since 1985 and his firm serves over one thousand business and

individual clients.  Mr. Estes's qualifications are further set out in Exhibit A attached hereto.

    Plaintiffs' have met and conferred with Defendant regarding this motion and Defendant does not oppose.

                                              s/Ernest Cory_____
                                              Ernest Cory
                                              *Plaintiffs' Lead Counsel*