# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION** | Master File No.: 2:09-CV-2039-IPJ<br>MDL No. 2092 |

This Order Relates To:        **ORDER**

        ALL CASES

A status conference was held in the above case on January 15, 2013, at which Lead and Liaison Counsel for plaintiffs and Lead Counsel for defendant were present in person. Although the court received calls from many of individual plaintiffs' counsel so they could be present by telephone, the court was informed at the start of the status conference that the call center provider changed the call-in number by one digit. The court is aware that some attorneys were able to hear court proceedings by phone, and apologizes to those that were not.

At said status conference, the following proceedings were held and action taken:

The parties informed the court that the case slated for Bellwether trial on January 22, 2013, has been amicably resolved. The parties request time to meet and confer regarding preparation of additional Bellwether cases for inclusion in the trial pool and for trial.

The court therefore **ORDERS** the parties to report to the court within thirty (30) days of today's date as to status of discovery in cases slated for inclusion in the trial pool.  Upon such report, the court shall schedule the next status conference.

**DONE** and **ORDERED** this 15th day of January, 2013.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE